**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **15–33619–KLP**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 20, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kristen Mary Frances Ross
6005 Glenway Court
Richmond, VA 23225

| | |
|---|---|
| Case Number: 15–33619–KLP<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–7230 |
| Attorney for Debtor(s) (name and address):<br>James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218–0508<br>Telephone number: 804–225–9500 | Bankruptcy Trustee (name and address):<br>Bruce H. Matson<br>LeClair Ryan, A Professional Corporation<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>P.O. Box 2499<br>Richmond, VA 23218–2499<br>Telephone number: (804) 783–2003 |

### Meeting of Creditors:
Date: **August 24, 2015**          Time: **12:00 PM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**October 23, 2015**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: July 21, 2015 |

## EXPLANATIONS    B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:
Kristen Mary Frances Ross
      Debtor

Case No. 15-33619-KLP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7      User: manleyc      Page 1 of 1      Date Rcvd: Jul 21, 2015
      Form ID: B9A      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2015.
```
db             +Kristen Mary Frances Ross,    6005 Glenway Court,    Richmond, VA 23225-4311
12976817       +Aes/Nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
12976818       +Bon Secours Richmond Community,    1500 N 28th Street,    Richmond, VA 23223-5396
12976819       +CJW Medical Center,    Focused Recovery Solutions,    9701 Metropolitan Court STE B,
                 Richmond, VA 23236-3690
12976820      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0000)
12976821      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focus Recry,    9701 Metropolitan,    Richmond, VA 23236-0000)
12976822       +Lab Corp.,    PO Box 2240,    Burlington, NC 27216-2240
12976833      ++MEDICAL COLLEGE OF VIRGINIA MCV HOSPITAL,    PO BOX 980462,    RICHMOND VA 23298-0462
                (address filed with court: VCU Health Systems,    PO Box 758997,    Baltimore, MD 21275-0000)
12976825       +Physicians of Family Medicine,    10130 Hull Street Road,    Midlothian, VA 23112-3300
12976827       +Sandra J. Smith DDS,    3805 Jefferson Davis HWY,    Richmond, VA 23234-2631
12976829       +THWC,    5701 Pony Farm Drive,    Richmond, VA 23227-4900
12976831       +U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
12976832       +VA League of Planned Parenthoo,    201 N Hamilton Street,    Richmond, VA 23221-2601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jkane@kaneandpapa.com Jul 22 2015 03:11:53      James E. Kane,   Kane & Papa, PC,
                 1313 East Cary Street,    P.O. Box 508,    Richmond, VA  23218-0508
tr              EDI: QBHMATSON.COM Jul 22 2015 02:58:00      Bruce H. Matson,
                 LeClair Ryan, A Professional Corporation,    Riverfront Plaza, East Tower,
                 951 East Byrd Street,    P.O. Box 2499,    Richmond, VA  23218-2499
12976823       +EDI: MID8.COM Jul 22 2015 02:58:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
12976826        E-mail/Text: colleen.atkinson@rmscollect.com Jul 22 2015 03:13:51      Receivable Management,
                 7206 Hull Street Rd Ste 211,    North Chesterfield, VA 23235-5826
12976828        EDI: NEXTEL.COM Jul 22 2015 02:58:00      Sprint,   P.O. Box 4191,    Carol Stream, IL 60197-0000
12976830       +E-mail/Text: bankruptcydepartment@tsico.com Jul 22 2015 03:13:46      Transworld Sys Inc/38,
                 507 Prudential Rd,    Horsham, PA 19044-2308
12976834       +EDI: AFNIVZCOMBINED.COM Jul 22 2015 02:58:00      Verizon,    P.O. Box 660720,
                 Dallas, TX 75266-0720
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12976824*      +Midland Funding, LLC,    8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2015 at the address(es) listed below:
```
              Bruce H. Matson    bhmtrustee@leclairryan.com, bmatson@ecf.epiqsystems.com
              James E. Kane    on behalf of Debtor Kristen Mary Frances Ross jkane@kaneandpapa.com,
               Jkanelawfirm@gmail.com;srparalegal.ecf@gmail.com
                                                                                             TOTAL: 2
```