# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Kristen Mary Frances Ross

**Case Number:** 15–33619–KLP                          **Date Filed:** July 20, 2015

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  July 21, 2015                             William C. Redden
[VAN062vMay2015.jsp]                              Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Kristen Mary Frances Ross  
     Debtor

Case No. 15-33619-KLP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: manleyc     Page 1 of 1     Date Rcvd: Jul 21, 2015  
                     Form ID: VAN062    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2015.

```
db            +Kristen Mary Frances Ross,    6005 Glenway Court,    Richmond, VA 23225-4311
12976817      +Aes/Nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
12976818      +Bon Secours Richmond Community,    1500 N 28th Street,    Richmond, VA 23223-5396
12976819      +CJW Medical Center,    Focused Recovery Solutions,    9701 Metropolitan Court STE B,
                Richmond, VA 23236-3690
12976820     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court: Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0000)
12976821     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focus Recry,    9701 Metropolitan,    Richmond, VA 23236-0000)
12976822      +Lab Corp.,    PO Box 2240,    Burlington, NC 27216-2240
12976833     ++MEDICAL COLLEGE OF VIRGINIA MCV HOSPITAL,    PO BOX 980462,    RICHMOND VA 23298-0462
                (address filed with court: VCU Health Systems,    PO Box 758997,    Baltimore, MD 21275-0000)
12976825      +Physicians of Family Medicine,    10130 Hull Street Road,    Midlothian, VA 23112-3300
12976827      +Sandra J. Smith DDS,    3805 Jefferson Davis HWY,    Richmond, VA 23234-2631
12976829      +THWC,    5701 Pony Farm Drive,    Richmond, VA 23227-4900
12976831      +U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
12976832      +VA League of Planned Parenthoo,    201 N Hamilton Street,    Richmond, VA 23221-2601
12976834      +Verizon,    P.O. Box 660720,    Dallas, TX 75266-0720
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12976823      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 22 2015 03:12:44    Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12976826      +E-mail/Text: colleen.atkinson@rmscollect.com Jul 22 2015 03:13:51    Receivable Management,
                7206 Hull Street Rd Ste 211,    North Chesterfield, VA 23235-5826
12976828       E-mail/Text: appebnmailbox@sprint.com Jul 22 2015 03:12:40    Sprint,    P.O. Box 4191,
                Carol Stream, IL 60197-0000
12976830      +E-mail/Text: bankruptcydepartment@tsico.com Jul 22 2015 03:13:46    Transworld Sys Inc/38,
                507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12976824*     +Midland Funding, LLC,    8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2015 at the address(es) listed below:

         Bruce H. Matson     bhmtrustee@leclairryan.com, bmatson@ecf.epiqsystems.com  
         James E. Kane    on behalf of Debtor Kristen Mary Frances Ross jkane@kaneandpapa.com,  
           Jkanelawfirm@gmail.com;srparalegal.ecf@gmail.com  
                                                                               TOTAL: 2